Judge RoaNe
 

 concurred with Haywood, Judge, as to the last point in the cause, concerning which Whyte and Haywood disagreed, that the tenant could not, without restoring the possession, oppose the claim of his
 
 landlord;
 
 therefore the judgment was reversed and the cause remanded, that the evidence of the tenancy be received as proposed to be given by Phillips on the trial.
 

 See
 
 Lane
 
 v.
 
 Osment,
 
 9 Yer. 86;
 
 Marley
 
 v.
 
 Rogers,
 
 5 Yer. 217;
 
 Duke
 
 v.
 
 Harper,
 
 6 Yer. 280;
 
 Watson
 
 v.
 
 Smith,
 
 10 Yer. 476;
 
 Lee
 
 v.
 
 Netherton,
 
 9 Yer. 315;
 
 Blount
 
 v.
 
 Garen,
 
 3 Hay. 91, and note
 
 sub fin.